ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEVIN B. FINN
Assistant United States Attorney
Calif. Bar No. 128072
E-mail:  kevin.finn@usdoj.gov
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone:  (213) 894-6739
        Fax:             894-7327
Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| Momtaz Hussain Rizvi, | ) | NO. 2:10-cv-07169-JHN -SHx |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| United States, | ) | |
| | ) | Honorable Jacqueline H. |
| Defendant. | ) | Nguyen |
| | ) | |
| | ) | |
| _____ | ) | |

        Defendant's Motion for Summary Judgment came on regularly

for hearing on August 29, 2011, before the Honorable Jacqueline

H. Nguyen, United States District Judge, and the Court having

considered the pleadings, evidence presented, Memorandum of

Points and Authorities, plaintiff's opposition and declarations,

and in accordance with the Court's September 22, 2011 Order

Granting Defendant's Motion for Summary Judgment,

1       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant's

2  Motion for Summary Judgment be granted and judgment is hereby

3  entered for defendant United States of America.  The stay of the

4  administrative disqualification penalty the Court previously

5  ordered on October 15, 2010 is hereby dissolved.

6

7       DATED: October 4, 2011

8

9                                   _____

10                                  JACQUELINE H. NGUYEN
                                    UNITED STATES DISTRICT JUDGE
11

12

13  PRESENTED BY:

14  ANDRÉ BIROTTE JR.
    Acting United States Attorney
15  LEON W. WEIDMAN
    Assistant United States Attorney
16  Chief, Civil Division

17

18  /s/ Kevin B. Finn
    _____
    KEVIN B. FINN
19  Assistant United States Attorney

20  Attorneys for Defendant
    United States of America
21

22

23

24

25

26

27

28

RIZVI prop judg.wpd                    -2-